IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01486-WDM-MJW

UTILITY AVIATION, INC., et al.,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA AND
THE USDA FOREST SERVICE,

    Defendant.

---

## ORDER DISMISSING USDA FOREST SERVICE ONLY

---

The court takes judicial notice that plaintiff filed a Stipulated Motion to Dismiss With Prejudice. The motion is uncontested. Accordingly, the claims against USDA Forest Service are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on November 28, 2007.

                                      BY THE COURT:

                                      s/ Walker D. Miller
                                      United States District Judge