IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: <u>1:07-CV-01486 WDM MJW</u>

UTILITY AVIATION, INC.,               )
WILLIAM GOODRO,                       )
and XL SPECIALITY INSURANCE           )
COMPANY                               )
                                      )
        Plaintiffs,                   )
                                      )
vs.                                   )
                                      )
THE UNITED STATES OF AMERICA          )
and THE USDA FOREST SERVICE,          )
                                      )
        Defendants.                   )
_____)

---

~~PROPOSED~~ ORDER ( Docket No. 20 )

---

Pursuant to the Unopposed Motion for Clarification of the Court's Minute Order

of March 3, 2008, submitted by the United States in this matter, it is hereby ORDERED, that
the motio- ( Docket No. 20 ) is Granted And
Plaintiffs shall have up to and including March 17, 2008 to disclose expert

witnesses. The United States shall have up to and including April 3, 2008 to disclose

expert witnesses.  All other dates set forth in the Scheduling Order will remain the same.


Dated: March 11, 2008        _Michael J. Watanabe_____
                             HON. MICHAEL J. WATANABE
                             U.S. DISTRICT COURT MAGISTRATE JUDGE